

# United States District Court
# Central District of California
# Western Division

THE ESTATE OF SINUON
SAMANTHA PREAM, *et al.*,

          Plaintiffs,

   v.

CITY OF LONG BEACH, *et al.*,

          Defendants.

CV 17-04295 TJH (FFMx)

REDACTED
**Verdict as to Damages**
AS TO FOREPERSON
SIGNATURE

We, the jury, unanimously find, by a preponderance of the evidence, the following:

**Question 1**

What, if any, are the damages suffered by Sinuon Samantha Pream – who is represented by her successors in interest Bradley Pream, Jacob Pream, Jocelyn Chanta Ly, and Joanna Mariah Ly – for Defendants Elieser Domingo's and Bradley Muhlenkamp's violations of Sinuon Samantha Pream's Fourth Amendment rights by using an objectively unreasonable amount of force against her?

$ 3,500,000.00

Three million five hundred thousand dollars and 00/100

**Question 2**

What, if any, are the damages suffered by Yoeun Ven and San Pream for Defendant Bradley Muhlenkamp's deprivation of their Fourteenth Amendment right to a familial relationship with Sinuon Samantha Pream:

Yoeun Ven:

Past Damages         $ 93,023.26     ninety three thousand twenty three dollars and 26/100

Future Damages       $ 1,906,976.74   one million nine hundred six thousand nine hundred seventy-six dollars and 74/100

San Pream:

Past Damages         $ 9,302.33      Nine thousand three hundred two dollars and 33/100

Future Damages       $ 190,697.67    one hundred ninety thousand six hundred ninety seven dollars and 67/100

**Question 3**

What, if any, are the damages suffered by Bradley Pream, Jacob Pream, Jocelyn Chanta Ly, and Joanna Mariah Ly for Defendant Bradley Muhlenkamp's deprivation of their Fourteenth Amendment right to a familial relationship with Sinuon Samantha Pream, battery against Sinuon Samantha Pream, and negligent use of unreasonable force against Sinuon Samantha Pream:

Bradley Pream:

Past Damages     $ 25,581.40    twenty five thousand five hundred eighty one dollars and 40/100

Future Damages    $ 524,418.60   five hundred twenty four thousand four hundred eighteen dollars and 60/100

Jacob Pream:

Past Damages     $ 25,581.40    twenty five thousand five hundred eighty one dollars and 40/100

Future Damages    $ 524,418.60   five hundred twenty four thousand four hundred eighteen dollars and 60/100

Jocelyn Chanta Ly:

Past Damages     $ 60,465.12    sixty thousand four hundred sixty five dollars and 12/100

Future Damages    $ 1,239,534.88   one million two hundred thirty nine thousand five hundred thirty four dollars and 88/100

Joanna Mariah Ly:

Past Damages     $ 41,860.47    forty one thousand eight hundred sixty dollars and 47/100

Future Damages    $ 858,139.53   eight hundred fifty eight thousand one hundred thirty nine dollars and 53/100

Date: 3/22/19        /s/

                 Jury Foreperson