FILED
CLERK, U.S. DISTRICT COURT
MAR 22 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| THE ESTATE OF SINUON SAMANTHA PREAM, *et al.*, <br><br>　　　　Plaintiffs, <br><br>　v. <br><br>CITY OF LONG BEACH, *et al.*, <br><br>　　　　Defendants. | CV 17-04295 TJH (FFMx) <br><br> REDACTED <br><br> **Verdict** <br><br> AS TO FOREPERSON SIGNATURE |

　　We, the jury, unanimously find, by a preponderance of the evidence, the following:

**Question 1**

Did Defendant Elieser Domingo deprive Sinuon Samantha Pream of her Fourth Amendment rights by using an objectively unreasonable amount of force against her?

Yes ✓    No ____

If the answer to Question 1 is "no," go to Question 3. Otherwise continue to Question 2.

**Question 2**

Did Defendant Elieser Domingo act with malice, oppression, or in reckless disregard of Sinuon Samantha Pream's rights by using an objectively unreasonable amount of force against her?

Yes ✓    No ____

**Question 3**

Did Defendant Bradley Muhlenkamp deprive Sinuon Samantha Pream of her Fourth Amendment rights by using an objectively unreasonable amount of force against her?

Yes ✓    No ____

If the answer to Question 3 is "no," go to Question 6. Otherwise, continue to Question 4.

**Question 4**

Did Defendant Bradley Muhlenkamp act with malice, oppression, or in reckless disregard of Sinuon Samantha Pream's rights by using an objectively unreasonable amount of force against her?

Yes ✓   No ____

**Question 5**

Did Defendant Bradley Muhlenkamp's conduct shock the conscience and cause Sinuon Samantha Pream's death?

Yes ✓   No ____

**Question 6**

Did Defendant Bradley Muhlenkamp commit battery against Sinuon Samantha Pream by using objectively unreasonable force to defend himself or others?

Yes ✓   No ____

**Question 7a**

Did Defendant Elieser Domingo negligently use unreasonable force against Sinuon Samantha Pream?

Yes ✓   No ____

If the answer to Question 7a is "no," go to Question 8a. Otherwise, continue to Question 7b.

**Question 7b**

Was Defendant Elieser Domingo's negligent use of unreasonable force a substantial factor in Sinuon Samantha Pream's death?

Yes _____    No ___✓___

**Question 8a**

Did Defendant Bradley Muhlenkamp negligently use unreasonable force against Sinuon Samantha Pream?

Yes ___✓___    No _____

If the answer to Question 8a is "no," go to Question 9. Otherwise, continue to Question 8b.

**Question 8b**

Was Defendant Bradley Muhlenkamp's negligent use of unreasonable force a substantial factor in Sinuon Samantha Pream's death?

Yes ___✓___    No _____

If you answered "yes" to both parts a and b of Question 7 and/or Question 8, continue to Question 9. Otherwise, sign and return this verdict form.

**Question 9a**

Was Sinuon Samantha Pream negligent?

Yes ✓   No _____

If the answer to Question 9a is "yes," continue to Question 9b. Otherwise, sign and return this verdict form.

**Question 9b**

Was Sinuon Samantha Pream's negligence a substantial factor in her death?

Yes _____   No ✓

Date: 3/22/19          /s/
                        Jury Foreperson