ENT JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF SINUON SAMANTHA PREAM, ET AL., <br><br> PLAINTIFF(S), <br><br> v. <br><br> THE CITY OF LONG BEACH, ET AL., <br><br> DEFENDANTS. | **CASE NUMBER** <br><br> **CV 17-04295-TJH(FFMx)** <br><br><br> **JUDGMENT ON THE VERDICT** <br><br> **FOR PLAINTIFF (S)** |

This action having been tried before the Court sitting with a jury, the Honorable TERRY J. HATTER, JR., District Judge, presiding;  the issues having been duly tried and the jury having duly rendered its verdict,

IT IS ORDERED AND ADJUDGED that the plaintiff(s) THE ESTATE OF SINUON SAMANTHA PREAM, ET AL.,  shall recover of the defendants THE CITY OF LONG BEACH, ET AL.,  the sum as stated on the verdict, and that the action be dismissed on the merits, pursuant to the verdict filed March 22,2019.

Dated  March 22, 2019

at        8:18 P.M.

CLERK, U.S. DISTRICT COURT

By: /s/ Yolanda Skipper

Deputy Clerk

cc:     Counsel of record