**RODNEY S. DIGGS, ESQ. (SBN 274459)**
Email: rdiggs@imwlaw.com
**IVIE, McNEILL & WYATT**
444 South Flower Street, Suite 1800
Los Angeles, California 90071
Telephone: (213) 489-0028
Facsimile: (213) 489-0552
*Attorneys for Plaintiffs*

**BRIAN T. DUNN, ESQ. (SBN 176502)**
Email: bdunn@cochranfirm.com
**MEGAN R. GYONGYOS, ESQ. (SBN 285476)**
Email: mgyongyos@cochranfirm.com
**THE COCHRAN FIRM CALIFORNIA**
4929 Wilshire Boulevard, Suite 1010
Los Angeles, California 90010
Telephone: (323) 435-8205
Facsimile: (323) 282-5280
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF SINUON SAMANTHA PREAM, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LONG BEACH, et al., <br><br> Defendants. <br><br> Defendants. | **CASE NO.: 17-cv-04295-TJH (FFMx)** <br><br> **SATISFACTION OF JUDGMENT** |

     COMES NOW, PLAINTIFFS, B.P.D., J.T.V.N., JOCELYN LY, JOANNA LY, YOEUN VEN, SAN PREAM and the ESTATE OF SINOUN SAMANTHA PREAM, and their counsel of record, Rodney Diggs, in the above-entitled action and states that the judgment/order entered in this case on March 22, 2019, has been

-1-

**SATISFIED IN FULL**. The Settlement Draft in the amount of Seven Million Five Thousand Dollars ($7,500,000.00), has been tendered to Plaintiffs, and Ivie, McNeill & Wyatt on July 5, 2019.

The names and address of the judgment creditor is as follows: B.P.D., J.T.V.N., JOCELYN LY, JOANNA LY, YOEUN VEN, SAN PREAM and the ESTATE OF SINOUN SAMANTHA PREAM (can be contacted through their attorney of record Rodney Diggs, Ivie, McNeill & Wyatt, 444 S. Flower Street, Suite 1800, Los Angeles, CA).

The names and addresses of the judgment debtors are as follows: CITY OF LONG BEACH, Officer BRADLEY MUHLENKAMP and Officer ELIESER DOMINGUEZ (can be contacted through their attorneys of record Howard Russel, Office of the Long Beach Attorney, 333 West Ocean Blvd., 90802, Long Beach, CA 90802).

The date of the entry of judgment is: March 22, 2019.

No abstract of the judgment has been recorded in any county.

No notice of judgment lien has been filed in the office of the Secretary of State.

Dated: July 8, 2019                                **IVIE, McNEILL & WYATT**

                                          By:   **/s/ Rodney S. Diggs**
                                                Rodney S. Diggs
                                                Attorneys for Plaintiffs