# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| THE ESTATE OF SINUON SAMANTHA PREAM, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LONG BEACH, *et al.*,<br><br>Defendants. | CV 17-04295 TJH (FFMx)<br><br>Order to Show Cause<br>re: Contempt |

The Court has reviewed the satisfaction of judgment filed on July 8, 2019.

On July 3, 2019, the Court **DENIED** the *ex parte* application of Plaintiff Youen Ven, as guardian *ad litem* for minor Plaintiffs B.P.D. and J.T.V.N. [collectively, "the Minor Plaintiffs"], for an order approving the compromise and settlement of the disputed claims of the Minor Plaintiffs.

The Court is perplexed as to why Ven's counsel, Rodney Diggs, nevertheless, signed a satisfaction of judgment on behalf of the Minor Plaintiffs without having obtained prior Court approval to compromise their claims.

Accordingly,

It is Ordered that attorney Rodney Diggs shall appear before the Court on Monday, July 15, 2019, at 10:00 a.m. to show cause, if he has any, as to why he should not be held in contempt of Court.

Date: July 10, 2019

*Terry J. Hatter, Jr.*
Terry J. Hatter, Jr.
Senior United States District Judge